No. 75–6442. McDONALD v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 75–6461. MAYNARD v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 75–6486. DONNELLY v. SUFFOLK UNIVERSITY. Ct. App. Mass. Certiorari denied.

No. 75–1078. FLORES v. UNITED STATES. C. A. 5th Cir. Motions to substitute petition for writ of certiorari and to substitute counsel for petitioner granted. Certiorari denied.

No. 74–6503. SELLERS v. UNITED STATES, 424 U. S. 961. Petition for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

## APRIL 30, 1976

No. ———. CARTER ET AL. v. BUCKLEY ET AL. Ct. App. D. C. Motion of appellants for relief *pendente lite* and to advance and expedite denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these motions.

No. A–940. HOWELL ET AL. v. DeBUSK ET AL. D. C. N. D. Tex. Application for injunction, presented to the Court at 6:30 p. m., Thursday, April 29, 1976, denied.

## MAY 3, 1976

No. 75–1165. AMERICAN TRUCKING ASSNS., INC. v. UNITED STATES ET AL. Affirmed on appeal from D. C. D. C.